**No. 10-7178. Jose Elias Sepulveda, Petitioner v. Ralph Burnside, et al.**

562 U.S. 1147, 131 S. Ct. 923, 178 L. Ed. 2d 770, 2011 U.S. LEXIS 433.

January 10, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

Same case below, 380 Fed. Appx. 821.

**No. 10-7179. Freddie James Rines, Petitioner v. Rick Thaler, Director, Texas Department of Criminal Justice, Correctional Institutions Division.**

562 U.S. 1147, 131 S. Ct. 923, 178 L. Ed. 2d 770, 2011 U.S. LEXIS 536.

January 10, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

**No. 10-7180. William B. Saint, Petitioner v. Massachusetts Rehabilitation Commission Home Care Assistance Program.**

562 U.S. 1147, 131 S. Ct. 923, 178 L. Ed. 2d 770, 2011 U.S. LEXIS 518.

January 10, 2011. Petition for writ of certiorari to the United States Court of Appeals for the First Circuit denied.

**No. 10-7181. Leonardo M. Quinonez, Petitioner v. Rick Thaler, Director, Texas Department of Criminal Justice, Correctional Institutions Division.**

562 U.S. 1147, 131 S. Ct. 924, 178 L. Ed. 2d 770, 2011 U.S. LEXIS 483.

January 10, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

**No. 10-7184. Melvin Keith Richardson, Petitioner v. David A. Varano, Superintendent, State Correctional Institution at Coal Township, et al.**

562 U.S. 1147, 131 S. Ct. 924, 178 L. Ed. 2d 770, 2011 U.S. LEXIS 417,

January 10, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Third Circuit denied.

**No. 10-7188. Gregory C. Mallett, Petitioner v. Labor and Industry Review Commission, et al.**

562 U.S. 1147, 131 S. Ct. 924, 178 L. Ed. 2d 770, 2011 U.S. LEXIS 528.

January 10, 2011. Petition for writ of certiorari to the Court of Appeals of Wisconsin, District I, denied.

Same case below, 324 Wis. 2d 583, 785 N.W.2d 688.

**No. 10-7190. Willie Lee Jefferson, Petitioner v. Gregory Smith, Warden, et al.**

562 U.S. 1147, 131 S. Ct. 924, 178 L. Ed. 2d 770, 2011 U.S. LEXIS 587.

January 10, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 389 Fed. Appx. 643.